# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAOMI M. BADMAN, : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | No. 19-4246 |
| : | |
| WAL-MART STORES, INC., et al., : | |
| Defendants. : | |

## **ORDER**

This 6th day of November, 2019, it is hereby **ORDERED** that Plaintiff's Motion to Remand (ECF 7) is **GRANTED**. The above-captioned matter is **REMANDED** forthwith to the Court of Common Pleas of Philadelphia County, August Term, 2019, No. 01107. The parties will bear their own costs.

    /s/ Gerald Austin McHugh
Gerald Austin McHugh
United States District Judge